UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLADYS IDROVO, and PILAR BECERRA
on behalf of and all others similarly situated,
*Plaintiffs*,

Civil No. 3:19cv615 (JAM)

v.

ELEGANT NAIL SALON & SPA LLC and
I YONG CHUNG,
*Defendants*.

January 13, 2020

### **DEFAULT JUDGMENT**

This matter came on for consideration before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of Plaintiff's Motion for Default Entry (Doc. #10) pursuant to Fed. R. Civ. P. 55(a). On June 10, 2019, an Order (Doc. #11) granting that motion was entered and default entered as to the defendants. The plaintiff then filed a Motion for Default Judgment (Doc. #14) and that motion was granted on January 10, 2020 (See Order #16).

It is therefore ORDERED, ADJUDGED, and DECREED that default judgment is entered in the following amounts:

 1. Plaintiff Gladys Idrovo is awarded $87,423 (consisting of $18,108 in unpaid wages and $25,603.50 in overtime wages, plus liquidated damages of $18,108 and $25,603.50, respectively);

2. Plaintiff Pilar Becerra is awarded $81,950 (consisting of $11,200 in unpaid wages,

$29,775 in overtime wages, and liquidated damages of $11,200 and $29,775, respectively);

3. Plaintiffs are further awarded attorneys' fees of $9,282.14 and costs of $597.14;

And the case is closed.

Dated at New Haven, Connecticut, this 13th day of January, 2020.

                                    ROBIN D. TABORA, Clerk

                                    By: _____/s/_____
                                    Breigh Freberg, Deputy Clerk

EOD:  January 13, 2020